IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANDREW C. NEAL, JR.**                                                     **PLAINTIFF**
**SCDC #8600**

v.                      **CASE NO. 3:20-CV-00357-BSM**

**SHARP COUNTY SHERIFF DEPARTMENT**                **DEFENDANT**

## ORDER

After de novo review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 2] is adopted. Andrew Neal's petition for a writ of habeas corpus is denied, and this case is dismissed without prejudice.

IT IS SO ORDERED, this 4th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE