IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDREW C. NEAL, JR.                                                           PLAINTIFF
SCDC #8600

v.                              CASE NO. 3:20-CV-00357-BSM

SHARP COUNTY SHERIFF DEPARTMENT                                DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 4th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE